**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

MARK PETERS and KAREN WISE

     VS                                   CASE NO.  3:20-cv-05785-TKW-EMT

COSCO & ASSOCIATES INC.

**JUDGMENT**

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that the Plaintiff take nothing and that judgment

be entered in favor of Defendant, COSCO & ASSOCIATES INC.

                                 JESSICA J. LYUBLANOVITS
                                 CLERK OF COURT

                                 /s/ *Monica Broussard*

January 19, 2022
DATE                               Deputy Clerk: Monica Broussard